[No. 27128-8-I.   Division One.   December 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY
JAMES DUCKWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00738-0, William L. Downing, J., entered

September 24, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.